FILED

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kouichi Nakamura,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      Civil Action No.    08 0354
                                           )
The Director of Central Intelligence Agency )
Michael V. Hayden,                         )
                                           )
            Defendant.                     )

MEMORANDUM OPINION AND ORDER

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The Court will grant the application, dismiss portions of the

complaint, and direct assignment of the case to a district judge to consider what is liberally

construed to be a claim against the Central Intelligence Agency under the Freedom of

Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff, a resident of Hiroshima, Japan, alleges that he is "used for wireless-security."

And, because of "electromagnetic wave's technology system," his father attempted suicide and

his mother sustained injuries from a " hit on her head by electromagnetic wave of the amplifier

generator . . . that neighborhood immigrants have." Compl. at 4. Plaintiff also claims, however,

that "the decision about the request for disclosure is (that) the CIA can neither confirm nor deny

the existence of nonexistence of requested responsive to my request. Reference number: F-2007-

00546." Compl. at 1.

Complaints that describe fantastic or delusional scenarios are subject to immediate

dismissal pursuant to 28 U.S.C. § 1915(e). *See Neitzke v. Williams*, 490 U.S. 319, 328

(1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be

dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District*

3

*of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. Except for the possible FOIA claim, the complaint satisfies the foregoing conditions for dismissal. Accordingly, it is

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED;

it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the claims based on electronic wave technology and/or transmissions are DISMISSED with prejudice as frivolous; and it is

FURTHER ORDERED that the Clerk shall open this case as a civil action brought under the Freedom of Information Act and randomly assign it to a district judge.[1]

United States District Judge

Date: February 22th, 2008

---

[1] In the interest of judicial economy, the Clerk is urged to include a copy of this Order with the process to be served upon the CIA.