UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
KOUICHI NAKAMURA,                                   )
                                                    )
                        Plaintiff *pro se*,         )
                                                    )
            v.                                      )        Civil Action No. 08-0354 (CKK)
                                                    )
THE DIRECTOR OF CENTRAL                             )
INTELLIGENCE AGENCY,                                )
MICHAEL HAYDEN,                                     )
                                                    )
                        Defendant.                  )
_____             )

## NOTICE OF APPEARANCE

        The Defendant, Michael Hayden, Director of the Central Intelligence Agency,

respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell,

Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned

case.

                                Respectfully submitted,


                                _____/s/_____
                                JUDITH A. KIDWELL
                                Assistant United States Attorney
                                555 4th Street, N.W., Room E4905
                                Washington, D.C. 20530
                                (202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed on

this 4th day of April, 2008, postage pre-paid, to Plaintiff *pro se* at the following address:

Kouichi Nakamura
Niho-Minami 1-Chome Minami-Ku
Hiroshima-Shi 734-0027
Hiroshima, Japan

/s/
JUDITH A. KIDWELL
Assistant United States Attorney