UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KOUICHI NAKAMURA,                       )
                                        )
            Plaintiff *pro se*,         )
                                        )
      v.                                )     Civil Action No. 08-0354 (CKK)
                                        )
THE DIRECTOR OF CENTRAL                 )
INTELLIGENCE AGENCY,                    )
MICHAEL HAYDEN,                         )
                                        )
            Defendant.                  )
_____)

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Central Intelligence Agency,[1] through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including May 30, 2008, within which to file its answer or other response to the complaint filed herein. Defendant's answer or other response is now due on April 7, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Because the Plaintiff is proceeding *pro se*, LCvR 7(m), does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.[2]

There is good cause for this motion. Defendant's agency counsel has just recently received the Court's February 27, 2008, Memorandum and Order in this matter and learned that

---

[1] The proper Defendant in an action brought pursuant to the Freedom of Information Act ("FOIA") is a department or an agency. *See Jefferson v. Reno*, 123 F. Supp. 2d 1, 3 (D.D.C. 2000).

[2] Although this office normally confers with non-prisoner *pro se* plaintiffs and obtains their positions on such motions, because the Plaintiff resides in Japan, Defendant has not sought Plaintiff's position on this motion.

Plaintiff's action has been deemed by the Court to be brought pursuant to the FOIA requiring a response to the complaint to be filed within 30 days, instead of the usual 60 days provided for the government's answer or response to a complaint.  Therefore, additional time is needed by agency counsel and undersigned counsel to prepare a response to Plaintiff's complaint.  Accordingly, Defendant is requesting an extension of time to and including May 30, 2008, to file its answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time to

File Answer or Other Response and proposed Order were mailed on this 4th day of April, 2008,

postage pre-paid, to Plaintiff *pro se* at the following address:

Kouichi Nakamura
Niho-Minami 1-Chome Minami-Ku
Hiroshima-Shi 734-0027
Hiroshima, Japan

                              /s/
                              JUDITH A. KIDWELL
                              Assistant United States Attorney