UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KOUICHI NAKAMURA,                   )
                                    )
      Plaintiff *pro se*,           )
                                    )
v.                                  )   Civil Action No. 08-0354 (CKK)
                                    )
THE DIRECTOR OF CENTRAL             )
INTELLIGENCE AGENCY,                )
MICHAEL HAYDEN,                     )
                                    )
      Defendant.                    )
_____)

### DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE

Defendant, the Central Intelligence Agency,[1] through its undersigned attorneys, hereby respectfully requests an enlargement of time of one week, to and including June 6th, 2008, within which to file its answer or other response to the complaint filed herein. Defendant's answer or other response is now due on May 30, 2008.

This is Defendant's second request for an enlargement of time for this purpose. Because the Plaintiff is proceeding *pro se*, LCvR 7(m), does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.[2]

There is good cause for this motion. Defendant intends to file a dispositive motion in this case. However, agency counsel has advised undersigned counsel that the individual who will be

---

[1] The proper Defendant in an action brought pursuant to the Freedom of Information Act ("FOIA") is a department or an agency. *See Jefferson v. Reno*, 123 F. Supp. 2d 1, 3 (D.D.C. 2000).

[2] Although this office normally confers with non-prisoner *pro se* plaintiffs and obtains their positions on such motions, because the Plaintiff resides in Japan, Defendant has not sought Plaintiff's position on this motion.

signing a declaration to accompany Defendant's dispositive motion will be out of town the week of May 26, 2008. Therefore, additional time is needed by agency counsel to complete the declaration, have it reviewed and signed, and forward it to undersigned counsel. Accordingly, Defendant is requesting an extension of time of one week to and including June 6, 2008, to file its answer or other response to Plaintiff's complaint.

      For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

                                              Respectfully submitted,

                                              /s/
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              /s/
                                              JUDITH A. KIDWELL
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.- Civil Division
                                              Room E4905
                                              Washington, D.C. 20530
                                              (202) 514-7250

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Second Motion for Enlargement of Time to File Answer or Other Response was mailed on this 23rd day of May, 2008, postage pre-paid, to Plaintiff *pro se* at the following address:

Kouichi Nakamura
Niho-Minami 1-Chome Minami-Ku
Hiroshima-Shi 734-0027
Hiroshima, Japan

                                    /s/
                                  JUDITH A. KIDWELL
                                Assistant United States Attorney