UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KOUICHI NAKAMURA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0354 (CKK) |
| MICHAEL V. HAYDEN, Director,<br>Central Intelligence Agency, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant filed a motion to dismiss or, alternatively, for summary judgment, on June 6, 2008. The Court issued an Order on June 10, 2008 advising plaintiff that the motion may be treated as conceded if he failed to file an opposition or other response to the motion by August 15, 2008. To date, plaintiff neither has filed an opposition nor has requested more time to do so.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss or, alternatively, for summary judgment [Dkt. #12] is GRANTED AS CONCEDED, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. See Fed. R. App. P. 4(a).

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: August 28, 2008